IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.R. HORTON-CROWN, LLC, | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION FILE** |
| v. | : | |
| | : | **NO.: 1:16-CV-01318-RWS** |
| FULTON COUNTY, GEORGIA, | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT ORDER

Having considered the parties' Joint Stipulation Extending Time to Respond to

Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED that the Plaintiff shall have until May 24, 2016, to respond to

the Defendant's Motion to Dismiss and that any response received before or on that date shall

indicate that the Motion is opposed.

**SO ORDERED** this  *16th*  day of May, 2016.

HON. RICHARD W. STORY
Judge, Northern District of Georgia

*[Signatures Continue on Following Page]*