IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.R. HORTON-CROWN, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:16-CV-01318-RWS |
| FULTON COUNTY, GEORGIA, | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned, and files this Substitution of Counsel in the above-styled action. The undersigned respectfully request that **Terry J. Grandison** of the Office of the Fulton County Attorney be substituted as counsel of record for the Defendant in place of **Jenise S. Smith**. It is further requested that the Clerk hereby forward notice of all hearings, motions, and trials in the above-styled action to **Terry J. Grandison**, and remove **Jenise S. Smith** as counsel of record for Defendants.

Respectfully submitted, this 13th day of January, 2017.

OFFICE OF THE FULTON COUNTY ATTORNEY

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572350

1

patrise.perkins-hooker@fultoncountyga.gov

Kaye Woodard Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

Terry J. Grandison
Georgia Bar No. 305205
Terry.grandison@fultoncountyga.gov

Jenise S. Smith
Georgia Bar No. 163920
Jenise.smith@fultoncountyga.gov

*/s/ Jenise S. Smith*_____
Jenise S. Smith
Georgia Bar No. 163920
jenise.smith@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |   | |
|---|---|---|---|
| D.R. HORTON-CROWN, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:16-CV-01318-RWS |
| FULTON COUNTY, GEORGIA, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 13th day of January, 2017.

                                                */s/ Jenise S. Smith*_____
                                                Jenise S. Smith
                                                Georgia Bar No. 163920
                                                jenise.smith@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)

(404) 730-6324 (facsimile)